FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 MAR 19  AM 9: 32

CLERK 
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>RACHEL CASSIDY, )<br>    Defendant. ) | Case No. CR407-083 |

## ORDER

Upon consideration of Defendant's Motion for Permission to travel outside the district and the United States upon good cause shown, permission is hereby granted.

Therefore, the Defendant is permitted to depart Atlanta, Georgia on March 20, 2009 for embarkation in Jacksonville, Florida on March 21, 2009 for travel to the Bahamas and return on March 27, 2009. Defendant shall report to the probation officer upon return to Atlanta, Georgia on the first business day thereafter.

This 19th day of _____MARCH_____, 2009.

_____
Judge United States District Court
Southern District of Georgia
Savannah Division

Order submitted by:
DOUGLAS G. ANDREWS, Ga. Bar # 018950
Attorney For Defendant Rachel Cassidy
Doug347@Bellsouth.net
327 West York Street
Savannah, Georgia  31401
(912) 236-3020
(912) 657-1515 Cell
(912) 236-1420 FAX